US00D556501S

## (12) United States Design Patent
Stewart et al.

(10) Patent No.: **US D556,501 S**
(45) Date of Patent: ** Dec. 4, 2007

(54) POACH POD

(76) Inventors: **Anna M. Stewart**, 692 Highland Ave., Atlanta, GA (US) 30312-1436; **Stephen Kraigh Stewart**, 692 Highland Ave., Atlanta, GA (US) 30312-1426

(**) Term: 14 Years

(21) Appl. No.: 29/255,628

(22) Filed: Mar. 11, 2006

(51) LOC (8) Cl. .................................... 07-02
(52) U.S. Cl. .................................... D7/354
(58) Field of Classification Search ........ D7/312–316, D7/356, 376, 391–392.1, 397, 503–509, 523, D7/542–545, 555, 565, 566, 583–587, 601–602; D9/430–431; 206/822; 220/213, 574, 622, 220/658–659; 229/108, 114, 116.1, 125.01, 229/406
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D154,225 S | * | 6/1949 | Varney | D7/315 |
| D170,735 S | * | 10/1953 | Zeisel | D7/543 |
| D170,788 S | * | 11/1953 | Zeisel | D7/586 |
| D180,329 S | * | 5/1957 | Highberger | D7/587 |
| D415,657 S | * | 10/1999 | Cornelissen | D7/566 |
| D422,843 S | * | 4/2000 | Rashid | D7/555 |
| D473,754 S | * | 4/2003 | Thun | D7/545 |
| 6,688,485 B1 | * | 2/2004 | Lauer et al. | 220/574 |
| D493,671 S | * | 8/2004 | Lebowitz | D7/583 |
| D522,313 S | * | 6/2006 | Oyler et al. | D7/543 |
| D526,850 S | * | 8/2006 | Sellers et al. | D7/545 |
| D538,599 S | * | 3/2007 | Miller | D7/586 |

* cited by examiner

*Primary Examiner*—Caron D. Veynar
*Assistant Examiner*—Ricky Pham
(74) *Attorney, Agent, or Firm*—George Ronald Reardon

(57) **CLAIM**

The ornamental design for a poach pod, as shown and described.

**DESCRIPTION**

A utensil for use in cooking items, e.g. poaching an egg.
FIG. 1 is a perspective view of a poach pod showing our new design.
FIG. 2 is a front elevational view of a poach pod.
FIG. 3 is a left side elevational view of a poach pod.
FIG. 4 is a top plan view of a poach pod; and,
FIG. 5 is a bottom plan view of a poach pod

1 Claim, 5 Drawing Sheets





EXHIBIT A



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**