Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,300,977
Registered Oct. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# poachpod

FUSIONBRANDS INC (GEORGIA CORPORATION)
692 HIGHLAND AVE. NE
ATLANTA, GA 30312

FOR: ALL PURPOSE PORTABLE HOUSEHOLD CONTAINERS; BATH ACCESSORIES, NAMELY, CUP HOLDERS; CAKE MOLDS; CERAMIC SCULPTURES, VASES, VESSELS, BOWLS, PLATES AND POTS; CHOCOLATE MOLDS; CONFECTIONERS' MOLDS; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CONTAINERS FOR HOUSEHOLD USE, NAMELY, GLOBES; CONTAINERS FOR ICE; COOKERY MOLDS; COOKING PANS; COOKING POTS; COOKING POTS AND PANS; COOKING STEAMERS; CUPS; EGG CUPS; EGG CUPS; EGG POACHERS; EGG SEPARATORS; HOUSEHOLD CONTAINERS FOR FOODS; ICE CUBE MOLDS; ICE CUBE MOLDS FOR REFRIGERATORS; JAPANESE RICE BOWLS NOT OF PRECIOUS METAL (CHAWAN); MIXING CUPS; NON-ELECTRIC KITCHEN CONTAINERS NOT MADE OF PRECIOUS METAL; PASTRY MOLDS; PLASTIC CUPS; PLASTIC EGG HOLDERS FOR DOMESTIC USE; PLASTIC MOLDS FOR HOUSEHOLD USE IN MAKING SOAP; PLASTIC STORAGE CONTAINERS FOR DOMESTIC USE; PORCELAIN EGGS; PORTABLE PLASTIC CONTAINERS FOR STORING HOUSEHOLD AND KITCHEN GOODS; PUDDING MOLDS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-20-2005; IN COMMERCE 9-20-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-060,404, FILED 12-8-2006.

KEVIN CORWIN, EXAMINING ATTORNEY

EXHIBIT B