# TaylorGifts

*New Arrivals*
View All
*Gifts & Novelties*
Decorative Novelties
Novelty Electronics
Novelty Games & Toys
View All
*As Seen on TV*
View All
*Home Decor*
Wall Decor
Home Accents
Chairs & Chair Pads
View All
*Housewares*
Helpful Tools
Bathroom Accessories
Home Electronics
View All
*Home Organizers*
Bed & Bath Storage
Closet Storage & Organization
Kitchen Storage & Organization
View All
*Kitchen*
Kitchen Tools & Gadgets
Kitchen Storage
Food Storage
View All
*Outdoor & Patio*
Outdoor Lighting
Outdoor & Patio Furniture
Decorative Fences
View All
*Personal Care*
Exercise Equipment
Weight Loss
Pain Relief
View All
*Lighting*
Outdoor Lighting
Cordless Lighting
Solar Lighting
View All
*Cleaning*


**View Larger Image**

Silicone Poach Pods Perfectly poach eggs, bake or heat food in microwave or conventional oven. Heat resistant up to 675°F pod floats in boiling water for poaching. Design is FDA approved, non-stick, microwave, freezer and dishwasher safe. Eggs remove easily and in perfect shape. Set of two, 3".

**Your Price: $9.98**

**Quantity:** 1

BUY NOW ▶

In stock and ready to ship? Yes

Item #27839

**Product Rating**

(1 Rating)

**Write a Review**

**Read 1 Review**

**People who bought this also bought...**

  

http //www.taylorgifts.com/prodetail~itemNo~27839 asp

EXHIBIT C

Bathroom Cleaning
Window & Glass Cleaning
Hard Floor Cleaning
**View All**

*Pets*

Pet Travel
Pet Cleanup
Pet Beds
**View All**

*Automotive*

**View All**

*Travel*

**View All**

*Clearance*

**View All**



Sign Up For Savings!
Discounts up to 75%
Exclusive new products
Weekly Specials.



**CAR TRACTION MATS**
$9.98

**CORD AND CABLE ROLLERS**
$5.98

**STEAM BUDDY**
$19.98



🖨 Print All Reviews

**WONDER WASHER**
$49.98

A\
Cu
Ra

(b
or
1
re

**PRODUCT REVIEWS SUMMARY** ( Powered by **PowerReviews.com** )

Displaying Review **1** of 1

### Love poached eggs Hate cleaning pan.

By **Hate to clean egg pans** from **Darlington, Maryland** on **7/13/2008**

| | |
|---|---|
| **Pros:** | Attractive Design, Compact, Dishwasher Safe, Easy To Clean, Easy To Use, No messy pan to clean up, Quality Construction, Simple Controls |
| **Best Uses:** | Dorm Rooms, Elaborate Meals, Large Kitchens, Simple Meals, Small Kitchens |
| **Describe Yourself:** | Gourmet Cook |
| **Bottom Line:** | Yes, I would recommend this to a friend |

I am able to get perfect poached eggs every time. My husband likes well done. NOTHING RUNNING. I like my eggs hot with soft yolks. We now eat together as I put his in first then mine. We are left with two pods to clean and that is a breeze. I threw out my other egg poachers. This morning we just dropped the pods into a small ramkin dish and ate the egg right out of the pod.

*Was this review helpful to you?* **Yes/No** - *You may also* **flag this review**.

Displaying Review **1** of 1

© Copyright 2007 - Taylor Gifts®
600 Cedar Hollow Road • Paoli, PA 19301 • 1.800.829.1133

# TaylorGifts

## SHOPPING CART

**KEEP SHOPPING** **CHECKOUT**



**POACH POD**
In Stock - Item #27839

Quantity: 1      **$9.98**

**Change Quantity** | **Remove**

**Our Guarantee**
We guarantee your 100% satisfaction with every purchase at Taylor Gifts. Thats our promise to you and its the way we have been doing business since 1954.

 

Item Subtotal:   $9.98
Shipping:        $4.98
**Order Total:**     $14.96

**Returns**
No hassle returns with no questions asked. Simply return the product within 90 days and receive a full refund of your purchase

**KEEP SHOPPING** **CHECKOUT**

**Security**
We utilize SSL technology to ensure the safety of your credit card information Every transaction at Taylor Gifts is secure

### People who bought this also bought...


**POUND IT OUT**
$14.98


**EASY OPEN PILL ORGANIZER**
$14.98


**SAMURAI SHARK**
$9.98

**Your Privacy**
Online customer privacy is a serious matter Rest assured that Taylor Gifts will never share or distribute your personal information.


**CAR TRACTION MATS**
$9.98

© Copyright 2007 - Taylor Gifts®
600 Cedar Hollow Road • Paoli, PA 19301 • 1.800.829.1133

# TaylorGifts

**New Arrivals**
**View All**
**Gifts & Novelties**
Decorative Novelties
Novelty Electronics
Novelty Games & Toys
**View All**
**As Seen on TV**
**View All**
**Home Decor**
Wall Decor
Home Accents
Chairs & Chair Pads
**View All**
**Housewares**
Helpful Tools
Bathroom Accessories
Home Electronics
**View All**
**Home Organizers**
Bed & Bath Storage
Closet Storage & Organization
Kitchen Storage & Organization
**View All**
**Kitchen**
Kitchen Tools & Gadgets
Kitchen Storage
Food Storage
**View All**
**Outdoor & Patio**
Outdoor Lighting
Outdoor & Patio Furniture
Decorative Fences
**View All**
**Personal Care**
Exercise Equipment
Weight Loss
Pain Relief
**View All**
**Lighting**
Outdoor Lighting
Cordless Lighting
Solar Lighting
**View All**
**Cleaning**

14 matches found for **"eggs"**

[ Select a Category ▾ ]   [ Select a Price ▾ ]

**Show in list** | Show in grid          Sort by: **Relevancy Name▾ Price▾ Date**
Products Per Page: **8 16** 32                    Showing 1 - 14 of 14


**STACK N SNAP DEVILED EGG CARRIER**
Price: $9.98
BUY NOW ▸
#26704


**PED EGG**
Price: $9.98
BUY NOW ▸
#28019

**STAY FRESH CONTAINERS**
Price: $5.98
BUY NOW ▸
#18605


**DEVILED EGG TRAY**
Price: $6.98
BUY NOW ▸
#15614


**LIGHTED EASTER EGGS**
Price: $14.98
BUY NOW ▸
#24665


**EGG N TIME**
Price: $19.98
BUY NOW ▸
#28733


**EGG WHITE SEPARATOR**
Price: $9.98
BUY NOW ▸
#29167


**CLASSIC HOUSEHOLD HINTS**
Price: $17.98
BUY NOW ▸
#27717


**3 IN 1 BREAKFAST MAKER**
Price: $49.98
BUY NOW ▸
#28046


**POACH POD**
Price: $9.98
BUY NOW ▸
#27839


**DRINK BLENDER**
Was: $29.98
Now: $24.98
BUY NOW ▸
#28890


**WESTINGHOUSE 6 OUTLET ADAPTER**
Price: $7.98
BUY NOW ▸
#29253

Bathroom Cleaning
Window & Glass Cleaning
Hard Floor Cleaning
**View All**

*Pets*

Pet Travel
Pet Cleanup
Pet Beds
**View All**

*Automotive*

**View All**

*Travel*

**View All**

*Clearance*

**View All**



**TURKEY STUFFING CAGE**
Price: $9.98
BUY NOW ▶
#28899



**BIG GRIDDLE**
Price: $69.98
BUY NOW ▶
#28313

#28040

#29233

Showing 1 - 14 of 14



© Copyright 2007 - Taylor Gifts®
600 Cedar Hollow Road • Paoli, PA 19301 • 1 800.829 1133

Sign Up For Savings!
Discounts up to 75%
Exclusive new products
Weekly Specials.

GO



Insider's Blog
• Featured Products
• Promotions
• News
• and More
'go' blog'

**GET ORGANIZED!**
CALL US ANYTIME AT: 1.800.803.9400

Order Tracking | Request Catalog | Customer Service | Your Account
McAfee SECURE TESTED DAILY 28-JAN
$4.98 FLAT RATE SHIPPING
VIEW CART  0 Item(s)

**SEARCH**
SEARCH BY ITEM# OR KEYWORD
Enter an item# or keyword
SEARCH NOW ▶

**PRODUCT CATEGORIES**
- NEW ARRIVALS
- ORGANIZERS
- AS SEEN ON TV
- KITCHEN
- CLOSET
- HOME OFFICE
- LAUNDRY
- BATHROOM
- BEDROOM
- FAMILY ROOM
- OUTDOORS
- LIGHTING
- OTHER
- CLEARANCE

BROWSE THE CATALOG



SIGN UP FOR SAVINGS!



View Larger Image

## POACH POD

Silicone Poach Pods Perfectly poach eggs, bake or heat food in microwave or conventional oven. Heat resistant up to 675°F pod floats in boiling water for poaching. Design is FDA approved, non-stick, microwave, freezer and dishwasher safe. Eggs remove easily and in perfect shape. Set of two, 3".

**Your Price: $9.98**

**Quantity:** 1


Add to Cart

In stock and ready to ship? Yes

Item #27839

### People who like this also like...


**UNDER SINK SLIDING DRAWERS**
$9.98


**CRACKERS KEEPERS**
$3.98


**REFRIGERATOR FIZZ SAVER DISPENSER**
$12.98


**UNDER SHELF WRAP RACK**
$9.98

**DISCOUNTS** UP TO 75%.

**EXCLUSIVE** NEW PRODUCTS!

**WEEKLY** SPECIALS!

---

Enter email address

**SIGN UP NOW ▸**

VISIT OUR OTHER STORES


**Taylor Gifts**


**Taylor Gifts Outlet**


**Kitchen and Much More**

© Copyright 2007 - Get Organized® | 600 Cedar Hollow Road • Paoli, PA 19301 • 1 800.829.1133

Catalog Request | About Us | Privacy/Security | Popular Searches | Popular Products | Categories


☎ CALL US ANYTIME AT: 1.800.803.9400

Order Tracking   Request Catalog   Customer Service   Your Account



$4.98 FLAT RATE SHIPPING      VIEW CART   **1 Item(s)**

## ▶ SHOPPING CART

[KEEP SHOPPING]   [CHECKOUT]

### ▶ ITEMS IN YOUR CART



**POACH POD**
In Stock - Item #27839

Quantity  1       $9.98
**Change Quantity | Remove**

Item Subtotal       $9.98
Shipping.           $4.98
**Order Total:**    $14 96

### ▶ SAFE & SECURE

**Our Guarantee**
We guarantee your 100% satisfaction with every purchase at Get Organized Thats our promise to you and its the way we have been doing business since 1954

**Returns**
No hassle returns with no questions asked. Simply return the product within 90 days and receive a full refund of your purchase

**Security**
We utilize SSL technology to ensure the safety of your credit card information Every transaction at Get Organized is secure

**Your Privacy**
Online customer privacy is a serious matter Rest assured that Get Organized will never share or distribute your personal information.

[KEEP SHOPPING]   [CHECKOUT]

### People who like this also like...


**UNDER SINK SLIDING DRAWERS**
$9.98


**CRACKERS KEEPERS**
$3.98


**REFRIGERATOR FIZZ SAVER DISPENSER**
$12.98


**UNDER SHELF WRAP RACK**
$9.98



Order Tracking | Request a Catalog | Customer Service | Your Account

$4.98 FLAT RATE SHIPPING   VIEW CART

CALL US ANYTIME AT: 1.800.803.9400

**SECURITY VERIFIED BY:**
McAfee SECURE
TESTED DAILY  28-JAN

**SEARCH**
SEARCH BY ITEM# OR KEYWORD
Enter an item# or keyword
SEARCH NOW ▶

**PRODUCT CATEGORIES**
NEW ARRIVALS
ORGANIZERS
AS SEEN ON TV
KITCHEN
CLOSET
HOME OFFICE
LAUNDRY
BATHROOM
BEDROOM
FAMILY ROOM
OUTDOORS
LIGHTING
OTHER
CLEARANCE

BROWSE THE CATALOG

9 matches found for New Search > **"eggs"**

Select a Categories

Show in list | **Show in grid**
Products Per Page: 8 16 32

Sort by: **Relevancy** Name ▾ Price ▾ Date
Showing 1 - 9 of 9


**PED EGG**
Price: $9.98
buy now
#28019


**STACK N SNAP DEVILED EGG CARRIER**
Price: $9.98
buy now
#26704

**DEVILED EGG TRAY**
Price: $6.98
buy now
#15614


**STAY FRESH CONTAINERS**
Price: $5.98 - $13.98
buy now
#18605


**POACH POD**
Price: $9.98
buy now
#27839


**EGG WHITE SEPARATOR**
Price: $9.98
buy now
#29167


**WESTINGHOUSE 6 OUTLET ADAPTER**
Price: $7.98
buy now
#29253


**TURKEY STUFFING CAGE**
Price: $9.98
buy now
#28899


**BIG GRIDDLE**
Price: $69.98
buy now
#00212

eggs | shopgetorganized com  
Case 1:09-cv-00364-RWS Document 1-3 Filed 02/10/09 Page 11 of 14  
1/28/09 11 38 AM



#20313

Showing 1 - 9 of 9

SIGN UP FOR SAVINGS!

DISCOUNTS UP TO 75 .

EXCLUSIVE NEW PRODUCTS

WEEKLY SPECIALS'

Enter email address

SIGN UP NOW ▸

VISIT OUR OTHER STORES



**Taylor Gifts**



**Taylor Gifts Outlet**

**kitchen & much more**

**Kitchen and Much More**

© Copyright 2007 - Get Organized® I 600 Cedar Hollow Road • Paoli, PA 19301 • 1.800.829.1133

Catalog Request I About Us I Privacy/Security I Popular Searches I Popular Products I Categories



**100% GUARANTEED SATISFACTION**
**K&mm 1.800.515.1165**



0 Items

- **Kitchenware**
- **Kitchen Gadgets**
- **Kitchen Storage**
- **Kitchen Organizers**
- **Kitchen Décor**
- **Small Kitchen Appliances**
- **Kitchen Cleaners**
- **Much More**

## Product Details



View Larger Image

Silicone Poach Pods Perfectly poach eggs, bake or heat food in microwave or conventional oven. Heat resistant up to 675ûF pod floats in boiling water for poaching. Design is FDA approved, non-stick, microwave, freezer and dishwasher safe. Eggs remove easily and in perfect shape. Set of two, 3".

~~Was: $9.98~~
Now: $7.98

Quantity  1   

Item #27839

In stock and ready to ship? Yes

### For 55 YEARS
### We've Guaranteed Satisfaction!

We've been pleasing customers since 1952. If you're not completely satisfied with your merchandise from Kitchen and Much More! we'll refund the price of the product.

©2007 Kitchen & Much More®, Inc. All rights reserved.
Kitchen and Much More • 600 Cedar Hollow Rd. Paoli, PA.19301, USA

Bakeware | Cookware | Dinnerware | Drinkware | Kitchen Utensils | Kitchen Tools | Cabinet Storage | Counter Top Storage
Food Storage | Food Prep | Refridgerator Accessories | Kitchen Lighting | Kitchen Stove | Kitchen Trash Cans
Kitchen Step Stools | Kitchen Furniture



100% GUARANTEED SATISFACTION
K&mm 1.800.515.1165



1 Item

**Kitchenware**

**Kitchen Gadgets**

**Kitchen Storage**

**Kitchen Organizers**

**Kitchen Décor**

**Small Kitchen Appliances**

**Kitchen Cleaners**

**Much More**

## Your Shopping Cart

| Item # | Remove | Description | Price | Quantity | Extended Price | Ship To |
|---|---|---|---|---|---|---|
| 27839 | ☐ | POACH POD | $7.98 | 1 | $7.98 | add ship-to |

**For 55 YEARS
We've Guaranteed Satisfaction!**

We've been pleasing customers since 1952. If you're not completely satisfied with your merchandise from Kitchen and Much More! we'll refund the price of the product.

SubTotal: **$7.98**

Checkout » Continue Shopping » Update

©2007 Kitchen & Much More®, Inc. All rights reserved.
Kitchen and Much More - 600 Cedar Hollow Rd. Paoh,
PA.19301, USA

Bakeware | Cookware | Dinnerware | Drinkware | Kitchen Utensils | Kitchen Tools | Cabinet Storage | Counter Top Storage
Food Storage | Food Prep | Refridgerator Accessories | Kitchen Lighting | Kitchen Stove | Kitchen Trash Cans
Kitchen Step Stools | Kitchen Furniture



**100% GUARANTEED SATISFACTION**
**K&mm 1.800.515.1165**



0 Items

- **Kitchenware**
- **Kitchen Gadgets**
- **Kitchen Storage**
- **Kitchen Organizers**
- **Kitchen Décor**
- **Small Kitchen Appliances**
- **Kitchen Cleaners**
- **Much More**

# Your Search Results

Your search returned 4 items.
Page 1 of 1

| EGG STRACTOR | DEVILED EGG TRAY | STAY FRESH CONTAINERS | POACH POD |
|---|---|---|---|
|  |  |  | |
| $9.98 | $6.98 | $Save! | $9.98 |
| Details | Details | Details | Details |
| #21282 | #15614 | #18605 | #27839 |

**For 55 YEARS
We've Guaranteed Satisfaction!**

We've been pleasing customers since 1952. If you're not completely satisfied with your merchandise from Kitchen and Much More! we'll refund the price of the product.

©2007 Kitchen & Much More®, Inc. All rights reserved.
Kitchen and Much More • 600 Cedar Hollow Rd. Paoli, PA.19301, USA

Bakeware | Cookware | Dinnerware | Drinkware | Kitchen Utensils | Kitchen Tools | Cabinet Storage | Counter Top Storage
Food Storage | Food Prep | Refridgerator Accessories | Kitchen Lighting | Kitchen Stove | Kitchen Trash Cans
Kitchen Step Stools | Kitchen Furniture